Karl L. DAHLSTROM, Petitioner–Appellant

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.

No. 07–60948

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 14, 2008.

Karl L. Dahlstrom, Pottsboro, TX, pro se.

Robert R. Di Trolio, U.S. Tax Court, Donald L. Korb Chief Counsel, Internal Revenue Service, Richard Thane Morrison, Deputy Assistant Attorney General, U.S. Department of Justice Tax Division Appellate Section, Laurie Allyn Snyder, U.S. Department of Justice, Washington, DC, for Respondent–Appellee.

Before HIGGINBOTHAM, DAVIS, and GARZA, Circuit Judges.

PER CURIAM: *

Having reviewed Dahlstrom's contentions, the Commissioner's response, the tax court's opinion, and the record, we find no reversible error. Accordingly, we AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.